UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

Hill, Tasneem                                                  Chapter 13 Case #17-20972

## Amendment to Plan Filed with the Court 09/28/2017

This is an exclusive amendment to the plan of the debtor docketed with the Court on 09/28/2017, docketed at Number 20 on the Court's Docket. Any and all other amendments to said plan filed prior to this date are null and void upon the docketing of this amendment. The plan is amended as follows:

Paragraph #3 (Other Secured Claims and Motions to Value Collateral) is amended as follows:

**Creditor American Tax Funding** filed Claims #07 and #08, as secured claims, secured by a property tax lien purchased from the City of Rochester for property tax years 2007/2008 through 2011/2012. Claim #07 is for the principal balance of the property taxes and claim #08 is for the accrued pre-petition interest. This amended plan call for paying claim #07 $155.65 per month, for 60 months, at 18.0% interest (the applicable statutory interest rate for City of Rochester property tax liens for the years listed in the claim). This amended plan call for paying Claim #08 $135.04 per month, for 60 months, at 0.0% interest.

**City of Rochester** filed Claim #15, as secured claims, secured by property tax liens for tax years 2012/2013 through 2017/2018. The total claim is $10,792.53, of which $8,172.83 is for principal and $2,619.70 is for pre-petition interest. This amendment call for paying this creditor in full at 12% statutory interest on the principal balance and 0% interest on the pre-petition accrued interest, for a payment of $225.46 p/m, for 60 months.

**County of Monroe** filed Claim #16, as secured claims, secured by property tax liens for tax years 2009 through 2017. The total claim is $6,539.00, of which $5,109.43 is for principal and $1,429.57 is for pre-petition interest. This amendment call for paying this creditor in full at 12% statutory interest on the principal balance and 0% interest on the pre-petition accrued interest, for a payment of $153.58 p/m, for 60 months.

Paragraph #1 is amended to increase monthly plan payments to **$885.00 per month**.

These changes to the plan docketed 09/28/2017 will affect creditors as follows:

A. Secured claims: Claims will be paid as filed

B. Priority claims: No change

C. Unsecured claims: No change (the plan calls for a pro-rata distribution to unsecured non-priority creditors)

All other terms and conditions of the plan docketed with this Court on 09/28/2017, remain in full force and effect.


/s/_____Tasneem Hill_____                    Date signed: ___05/ 04 /2018___
Signature of  Tasneem Hill
Chapter 13 Debtor